

Rebecca Shanlever          HALL, GILLIGAN, ROBERTS & SHANLEVER LLP          Direct 404.537.5520
                           3340 Peachtree Road NE, Suite 1900               rshanlever@hgrslaw.com
                                    Atlanta, Georgia 30326

November 7, 2022

Honorable Justin S. Anand
ATTN: Ms. Belqyis Evans, Courtroom Deputy Clerk
1868 United States Courthouse
75 Ted Turner Dr., SW Atlanta, GA 30303-3309
Belqyis_evans@gand.uscourts.gov

    Re:    *Emory University, et al. v. Shanequa McCrae*
             Civil Action File No.: 1:22-cv-03401-TWT-JSA

Dear Ms. Evans:

    Pursuant to Local Rule 83.1E(3) NDGa, the undersigned hereby gives notice of leave of absence of less than 21 days and requests that this matter not be calendared during said period of absence. The purpose of the leave of absence is for out-of-state travel. The proposed dates of absence are as follows:

- November 21-25, 2022
- December 9, 2022
- December 19-23, 2022

    If you have any questions or concerns, please do not hesitate to let me know. Thank you for your attention to this matter.

                              Sincerely yours,

                              /s/ Rebecca Shanlever

                              Rebecca Shanlever

cc:    Christopher G Moorman (E-service)
        Megan Sarah Goddard (E-service)
        L'Erin Barnes Wiggins (E-service)

RWS/aei