IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANEQUA MCCRAE, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:22-CV-3401-TWT-JSA |
| EMORY UNIVERSITY, | : |
| Defendant. | : |

**O R D E R**

The above-captioned action is before the Court on Plaintiff's Motion for an Extension of the Discovery Deadline [52] ("Motion"). Plaintiff requests a sixty (60) day extension but indicates Defendant does not consent to the request. *See* Mot. [52] at 1-3. The discovery deadline in this case is set through March 25, 2024. Accordingly, if Defendant wishes to file an opposition to the requested extension, it should do so by **March 28, 2024**. In the meantime, the discovery deadline is **STAYED** pending receipt of Defendant's response and further order from the Court.

**IT IS SO ORDERED** this 22nd day of March, 2024.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE