IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANEQUA MCCRAE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMORY UNIVERSITY,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br>1:22-cv-03401-TWT |

## ORDER

This matter is before the Court on Defendant Emory University's Consent Motion for Extension of Time to File Objections to the Report and Recommendation. Having read and considered the Motion and for good cause shown, the Court **GRANTS** the Motion and **ORDERS** that the deadline for Defendant to file objections to the Report and Recommendation is extended to Friday, February 21, 2025.

SO ORDERED, this 6th day of February 2025.

THOMAS W. THRASH, JR.
United States District Judge

~ 1 ~