UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHANEQUA MCCRAE,<br>　　　　　Plaintiff,<br><br>vs.<br><br>EMORY UNIVERSITY,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-03401-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the Magistrate Judge's Final Report and Recommendation recommending that Defendant's motion for summary judgment be granted, and the court having adopted the same, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 11th day of March, 2025.

　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　By:　s/Traci Clements Campbell
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　March 11, 2025
Kevin P. Weimer
Clerk of Court

By: s/Traci Clements Campbell
　　　Deputy Clerk