IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHANEQUA MCCRAE,                )
                                )
        Plaintiff,              )
                                )        Civil Action No.:
                                )        1:22-cv-03401-TWT
        v.                      )
                                )
EMORY UNIVERSITY,               )
                                )
        Defendant.              )

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Shanequa McCrae, Plaintiff in the above-caption

matter, hereby appeals to the United States Court of Appeals for the Eleventh Circuit

from the Order and Judgment of the District Court entered on March 11, 2025 [ECF

Docket No. 90 and 91], which granted in favor of Defendant Emory University and

disposed of all claims in this action.

Respectfully submitted this 9th day of April 2025.

                        **GODDARD LAW PLLC**

                        */s/ Megan S. Goddard*
                        Megan S. Goddard, Esq. [*Pro Hac Vice*]
                        NY Bar No. 4203923
                        Clela A. Errington, Esq. [*Pro Hac Vice*]
                        NY Bar No. 5107636
                        39 Broadway, Suite 1540
                        New York, NY 10006
                        Telephone: (646) 964-1178
                        Facsimile: (212) 208-2914

1

Email: Megan@goddardlawnyc.com
Clela@goddardlawnyc.com

**L F Barnes Law LLC**

*/s/ L'Erin Wiggins*
L'Erin Wiggins, Esq.
Georgia Bar No. 141797
P.O. Box 250464
Atlanta, Georgia 30325
Tel: (404) 680-6498
Fax: (404) 393-5763
Lerin@lfbarneslaw.com

*Attorneys for Plaintiff*

## RULE 7.1.D CERTIFICATE

The undersigned counsel certifies that this document has been prepared with

Times New Roman 14-point font in accordance with Local Rule 5.1.C.

/s/ Megan S. Goddard
Megan S. Goddard, Esq.
Goddard Law PLLC
[*Pro Hac Vice*]