# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | ) | | |
|---|---|---|---|
| Shanequa McCrae | ) | | |
| v. | ) | Case No.: | 1:22-cv-03401-TWT |
| Emory University | ) | | |
| | ) | | |

**BILL OF COSTS**

Judgment having been entered in the above entitled action on 3/11/2025 against Shanequa McCrae,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 60.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 4,871.45 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 4,931.45 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid
☐ Other:

s/ Attorney: Brian S. Abrams
Name of Attorney: Brian S. Abrams

For: Emory University     Date: 4/10/2025
*Name of Claiming Party*

**Taxation of Costs**

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*     *Deputy Clerk*     *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees)**

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:
    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

[Print] [Save As...] [Reset]

**Veritext, LLC - Southeast Region**
Tel. 770-343-9696 Email: billing-ga@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Brian S. Abrams Esq<br>Hall Gilligan Roberts & Shanlever LLP<br>3340 Peachtree Road NE<br>Tower Place 100, Suite 1900<br>Atlanta, GA, 30326 | Invoice #: | 7320238 |
|---|---|---|---|
| | | Invoice Date: | 4/8/2024 |
| | | Balance Due: | $2,632.95 |

**Case: Mccrae, Shanequa v. Emory University  (122CV03401TWTJSA)**  **Proceeding Type: Depositions**

Job #: 6603183    |    Job Date: 3/22/2024    |    Delivery: Normal

| Location: | Atlanta, GA |
|---|---|
| Billing Atty: | Brian S. Abrams Esq |
| Scheduling Atty: | Brian S. Abrams Esq | Hall Gilligan Roberts & Shanlever LLP |

**Witness: Shanequa McCrae** — **Amount**

| Transcript Services | $2,632.95 |
|---|---|

Notes:

| | |
|---|---|
| Invoice Total: | $2,632.95 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,632.95 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:  7320238
Invoice Date:  4/8/2024
Balance Due:  $2,632.95

130099

Apr 09, 2024

Veritext                                                                                                            ********2,632.95

**********Two Thousand Six Hundred Thirty Two Dollars and 95/100

      Veritext
      P.O. Box 71303
      Chicago, IL 60694-1303

      Invoice #7320238

```
Date    :  Apr 09, 2024
Che #   :  7603
Amount:    2,632.95
Paid To :  Veritext
           P.O. Box 71303
           Chicago, IL 60694-1303
```

Re: Invoice #7320238

```
Date    :  Apr 09, 2024
Che #   :  7603
Amount :   2,632.95
Account:   atl
Paid To :  Veritext
           P.O. Box 71303
           Chicago, IL 60694-1303
Contact :  0473; Emory University
File    :  0473-061; Shanequa McCrae v. Emory University
```

Re: Invoice #7320238

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Brian S. Abrams, Esq.
Hall, Gilligan, Roberts  Shanlever LLP
3340 Peachtree Road Northeast
Suite 1900
Atlanta, GA 30326

## Invoice #5019

| Date | Terms |
|---|---|
| 06/05/2024 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 05/16/2024 | SHANEQUA MCCRAE v. EMORY UNIVERSITY | 1346 | 05/30/2024 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Copy Transcript of Karen Truesdale** | | | |
|     A - Copy of Transcript (101 Pages) | $ 3.50 | | $ 353.50 |
|     O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | | $ 35.00 |
|     T - Electronic delivery/processing | $ 15.00 | | $ 15.00 |
|     J - Copy of Exhibts | $ 25.00 | | $ 25.00 |
| | | | $ 428.50 |

Amount Due:    $ 428.50
Paid:    $ 0.00

| Balance Due: | $ 428.50 |
|---|---|
| Payment Due: | 07/05/2024 |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

Tax ID 47-1294153

We accept all major credit cards.
1.75% processing fee applied to all credit card payments.

Jun 05, 2024

The Little Reporting Company          **********428.50

**********Four Hundred Twenty Eight Dollars and 50/100

The Little Reporting Company  
469 Seventh Avenue, 12th Floor  
New York, NY 10018

Invoice #5019

```
Date    :  Jun 05, 2024
Che #   :  7674
Amount:    428.50
Paid To :  The Little Reporting Company
           469 Seventh Avenue, 12th Floor
           New York, NY 10018

Re:Invoice #5019
```

```
Date    :  Jun 05, 2024
Che #   :  7674
Amount :   428.50
Account:   atl
Paid To :  The Little Reporting Company
           469 Seventh Avenue, 12th Floor
           New York, NY 10018
Contact :  0473; Emory University
File    :  0473-061; Shanequa McCrae v. Emory University

Re: Invoice #5019
```

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Brian S. Abrams, Esq.
Hall, Gilligan, Roberts Shanlever LLP
3340 Peachtree Road Northeast
Suite 1900
Atlanta, GA 30326

# Invoice #5031

| Date | Terms |
|---|---|
| 06/10/2024 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 05/22/2024 | SHANEQUA MCCRAE v. EMORY UNIVERSITY | 1346 | 06/05/2024 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Copy Transcript of Kimberly Gail Crow** | | | |
| A - Copy of Transcript (149 Pages) | $ 3.50 | | $ 521.50 |
| O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | | $ 35.00 |
| T - Electronic delivery/processing | $ 15.00 | | $ 15.00 |
| J - Copy of Exhibts | $ 25.00 | | $ 25.00 |
| | | | $ 596.50 |

| | Amount Due: | $ 596.50 |
|---|---|---|
| | Paid: | $ 0.00 |

| Balance Due: | $ 596.50 |
|---|---|
| Payment Due: | 07/10/2024 |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

Tax ID 47-1294153

We accept all major credit cards.
1.75% processing fee applied to all credit card payments.

Jun 12, 2024

The Little Reporting Company                                   **********596.50

**********Five Hundred Ninety Six Dollars and 50/100

The Little Reporting Company
469 Seventh Avenue, 12th Floor
New York, NY 10018

Invoice #5031

Date    : Jun 12, 2024
Che #   : 7686
Amount: 596.50
Paid To : The Little Reporting Company
          469 Seventh Avenue, 12th Floor
          New York, NY 10018

Re:Invoice #5031

Date    : Jun 12, 2024
Che #   : 7686
Amount : 596.50
Account: atl
Paid To : The Little Reporting Company
          469 Seventh Avenue, 12th Floor
          New York, NY 10018
Contact : 0473; Emory University
File    : 0473-061; Shanequa McCrae v. Emory University

Re: Invoice #5031

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Brian S. Abrams, Esq.
Hall, Gilligan, Roberts Shanlever LLP
3340 Peachtree Road Northeast
Suite 1900
Atlanta, GA 30326

# Invoice #5038

| Date | Terms |
|---|---|
| 07/01/2024 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 06/07/2024 | SHANEQUA MCCRAE v. EMORY UNIVERSITY | 1346 | 06/21/2024 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Copy Transcript of Mekeshua North** | | | |
| A - Copy of Transcript (117 Pages) | $ 3.50 | | $ 409.50 |
| O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | | $ 35.00 |
| T - Electronic delivery/processing | $ 15.00 | | $ 15.00 |
| J - Copy of Exhibts | $ 25.00 | | $ 25.00 |
| | | | $ 484.50 |

Amount Due: $ 484.50
Paid: $ 0.00

| Balance Due: | $ 484.50 |
|---|---|
| Payment Due: | 08/01/2024 |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

Tax ID 47-1294153

We accept all major credit cards.
1.75% processing fee applied to all credit card payments.

Jul 02, 2024

The Little Reporting Company **********484.50

**********Four Hundred Eighty Four Dollars and 50/100

The Little Reporting Company  
469 Seventh Avenue, 12th Floor  
New York, NY 10018

Invoice #5038

```
Date   :  Jul 02, 2024
Che #  :  7715
Amount:   484.50
Paid To:  The Little Reporting Company
          469 Seventh Avenue, 12th Floor
          New York, NY 10018
```

Re:Invoice #5038

```
Date    :  Jul 02, 2024
Che #   :  7715
Amount :   484.50
Account:   atl
Paid To :  The Little Reporting Company
           469 Seventh Avenue, 12th Floor
           New York, NY 10018
Contact :  0473; Emory University
File    :  0473-061; Shanequa McCrae v. Emory University
```

Re: Invoice #5038

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Brian S. Abrams, Esq.
Hall, Gilligan, Roberts  Shanlever LLP
3340 Peachtree Road Northeast
Suite 1900
Atlanta, GA 30326

## Invoice #5061

| Date | Terms |
|---|---|
| 07/09/2024 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 06/14/2024 | SHANEQUA MCCRAE v. EMORY UNIVERSITY | 1346 | 07/01/2024 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Copy Transcript of Dr. Stephen Weiss** | | | |
|     A - Copy of Transcript (43 Pages) | $ 3.50 | | $ 150.50 |
|     O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | | $ 35.00 |
|     T - Electronic delivery/processing | $ 15.00 | | $ 15.00 |
|     J - Copy of Exhibts | $ 25.00 | | $ 25.00 |
| | | | $ 225.50 |

| | |
|---|---|
| Amount Due: | $ 225.50 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 225.50** |
| **Payment Due:** | **08/09/2024** |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

Tax ID 47-1294153

We accept all major credit cards.
1.75% processing fee applied to all credit card payments.

Jul 10, 2024

The Little Reporting Company  **********225.50

**********Two Hundred Twenty Five Dollars and 50/100

The Little Reporting Company  
469 Seventh Avenue, 12th Floor  
New York, NY 10018

Invoice #5061

```
Date    :  Jul 10, 2024
Che #   :  7723
Amount:    225.50
Paid To :  The Little Reporting Company
           469 Seventh Avenue, 12th Floor
           New York, NY 10018
```

Re:Invoice #5061

```
Date    :  Jul 10, 2024
Che #   :  7723
Amount :   225.50
Account:   atl
Paid To :  The Little Reporting Company
           469 Seventh Avenue, 12th Floor
           New York, NY 10018
Contact :  0473; Emory University
File    :  0473-061; Shanequa McCrae v. Emory University
```

Re: Invoice #5061

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



# Invoice #5057

Brian S. Abrams, Esq.
Hall, Gilligan, Roberts  Shanlever LLP
3340 Peachtree Road Northeast
Suite 1900
Atlanta, GA 30326

| Date | Terms |
|---|---|
| 07/09/2024 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 06/12/2024 | SHANEQUA MCCRAE v. EMORY UNIVERSITY | 1346 | 06/25/2024 | electronic |

| Description | Price | | Amount |
|---|---|---|---|
| **Copy Transcript of Sharon Denny** | | | |
| A - Copy of Transcript (67 Pages) | $ 3.50 | | $ 234.50 |
| O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | | $ 35.00 |
| T - Electronic delivery/processing | $ 15.00 | | $ 15.00 |
| J - Copy of Exhibts | $ 25.00 | | $ 25.00 |
| | | | $ 309.50 |

Amount Due: $ 309.50
Paid: $ 0.00

| Balance Due: | $ 309.50 |
|---|---|
| **Payment Due:** | 08/09/2024 |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

Tax ID 47-1294153

We accept all major credit cards.
1.75% processing fee applied to all credit card payments.

Jul 10, 2024

The Little Reporting Company          **********309.50

**********Three Hundred Nine Dollars and 50/100

The Little Reporting Company
469 Seventh Avenue, 12th Floor
New York, NY 10018

Invoice #5057

Date    :  Jul 10, 2024
Che #   :  7724
Amount:    309.50
Paid To :  The Little Reporting Company
           469 Seventh Avenue, 12th Floor
           New York, NY 10018

Re:Invoice #5057

Date    :  Jul 10, 2024
Che #   :  7724
Amount :   309.50
Account:   atl
Paid To :  The Little Reporting Company
           469 Seventh Avenue, 12th Floor
           New York, NY 10018
Contact :  0473; Emory University
File    :  0473-061; Shanequa McCrae v. Emory University

Re: Invoice #5057

**The Little Reporting Company**
469 Seventh Avenue, 12th floor
New York, NY 10018
Phone: (646) 650-5055



Brian S. Abrams, Esq.
Hall, Gilligan, Roberts Shanlever LLP
3340 Peachtree Road Northeast
Suite 1900
Atlanta, GA 30326

# Invoice #5053

| Date | Terms |
|---|---|
| 07/09/2024 | Net 30 |

| Assignment | Case | Case Number | Shipped On | Shipped Via |
|---|---|---|---|---|
| 06/10/2024 | SHANEQUA MCCRAE v. EMORY UNIVERSITY | 1346 | 06/25/2024 | electronic |

| Description | Price | Amount |
|---|---|---|
| **Copy Transcript of Dr. Kajal Patel** | | |
| A - Copy of Transcript (34 Pages) | $ 3.50 | $ 119.00 |
| O - Litigation support files (mini, .pdf, .ptx, ASCII) | $ 35.00 | $ 35.00 |
| T - Electronic delivery/processing | $ 15.00 | $ 15.00 |
| J - Copy of Exhibts | $ 25.00 | $ 25.00 |
| | | $ 194.00 |
| | Amount Due: | $ 194.00 |
| | Paid: | $ 0.00 |

| Balance Due: | $ 194.00 |
|---|---|
| Payment Due: | 08/09/2024 |

This invoice is at a discount to current default rates of our colleague agencies in the reporting industry, as our pricing is a reflection of our modest overhead and expenses. It is our intention to treat all parties around the table fairly, as the parties who appear with us today, will appear with us again on future matters. We hope that you will consider turning to us when future reporting needs arise.

We are proud to be a small independent firm in this current economic environment, to pay our reporters and other professionals quickly, and to provide good service to the law firms, organizations and individuals we come into contact with.

Tax ID 47-1294153

We accept all major credit cards.
1.75% processing fee applied to all credit card payments.

Aug 06, 2024

The Little Reporting Company                              **********194.00

**********One Hundred Ninety Four Dollars and 00/100

The Little Reporting Company  
469 Seventh Avenue, 12th Floor  
New York, NY 10018

Invoice #5053

Date     :   Aug 06, 2024  
Che #    :   7762  
Amount:   194.00  
Paid To :   The Little Reporting Company  
             469 Seventh Avenue, 12th Floor  
             New York, NY 10018

Re:Invoice #5053

Date     :   Aug 06, 2024  
Che #    :   7762  
Amount :  194.00  
Account:   atl  
Paid To :   The Little Reporting Company  
             469 Seventh Avenue, 12th Floor  
             New York, NY 10018  
Contact :   0473; Emory University  
File     :   0473-061; Shanequa McCrae v. Emory University

Re: Invoice #5053



White Diamond Counseling Consulting Coaching, LLC
125 Lee Byrd Road
Loganville, GA 30052 United States
terri@whitediamondcounseling.com | 678-883-8609

Invoice #000152

Issue date
Dec 28, 2023

## Document Request

| Customer | Invoice Details | Payment |
|---|---|---|
| Hall, Gilligan, Roberts & Shanlever llp<br>babrams@hgrslaw.com | PDF created December 29, 2023<br>$60.00<br>Service date December 28, 2023 | Due December 28, 2023<br>$60.00 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| document request | 1 | $60.00 | $60.00 |
| **Subtotal** | | | **$60.00** |

**Total Due** $60.00



**Pay online**

To pay your invoice go to https://squareup.com/u/uZwfcytK
Or open the camera on your mobile device and place the QR code in the camera's view.

Dec 29, 2023

White Diamond Counseling Consulting Coaching, LLC  ***********60.00

**********Sixty Dollars and 00/100

White Diamond Counseling Consulting Coaching, LLC
125 Lee Byrd Road
Loganville, GA 30052

Invoice #000152

Date    : Dec 29, 2023
Che #   : 7433
Amount:  60.00
Paid To : White Diamond Counseling Consulting Coaching, LLC
125 Lee Byrd Road
Loganville, GA 30052

Re:Invoice #000152

Date    : Dec 29, 2023
Che #   : 7433
Amount : 60.00
Account: atl
Paid To : White Diamond Counseling Consulting Coaching, LLC
125 Lee Byrd Road
Loganville, GA 30052
Contact : 0473; Emory University
File    : 0473-061; Shanequa McCrae v. Emory University

Re: Invoice #000152